**Order entered December 27, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00763-CV

### THE FAN EXPO, LLC, Appellant

### V.

### NATIONAL FOOTBALL LEAGUE, NFL ENTERPRISES, LLC, NFL NETWORK SERVICES, INC. D/B/A NFL NETWORK, NFL DIGITAL MEDIA, AND NFL.COM, Appellees

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-08119

## ORDER

Before the Court is appellant's December 20, 2016 unopposed second motion for extension of time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by January 6, 2017. We caution appellant that further requests for extension of time will be disfavored.

/s/     CRAIG STODDART
        JUSTICE